**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7714**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

BOBBY SMITH,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:09-cr-00238-BO-1)

_____

Submitted:  February 27, 2014        Decided:  March 4, 2014

_____

Before NIEMEYER, KING, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bobby Smith, Appellant Pro Se.  Kristine L. Fritz, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Smith appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>See</u> <u>United States v. Black</u>, 737 F.3d 280, 287 (4th Cir. 2013) (holding that § 3582(c)(2) does not provide means to apply Fair Sentencing Act ("FSA") minimums to defendants sentenced before FSA's effective date); <u>United States v. Blewett</u>, __ F.3d __, 2013 WL 6231727, at *2 (6th Cir. Dec. 3, 2013) (en banc) (Nos. 12-5226, 12-5582) (holding that "(1) the [FSA]'s new mandatory minimums do not apply to defendants sentenced before it took effect; (2) § 3582(c)(2) does not provide a vehicle for circumventing that interpretation; and (3) the Constitution does not provide a basis for blocking it"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>